UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**STEVE LARON WOODWARD, SR.,**

    **Plaintiff,**

v.                                                                       Case No. 4:20cv216-TKW-HTC

**OFFICER EASTBERG, et al.,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 7). No objections to the Report and Recommendation were filed. Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE and ORDERED** this 7th day of August, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**